IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN W. LENNON, et al.       *  Case No.: 93-3295 (MD)(1)

                                *  Case No.: MDL-875 (PAE)

      Plaintiff            *

                                  *

v.                               *

                                  *

ACandS, Inc., et al.,       *

                                  *

      Defendants          *

                       * * * * * * * * * *

## O R D E R

1.   On Motion of Nancy J. Lennon for substitution in place of Norman W. Lennon, deceased, it appearing to the Court that the said Norman W. Lennon died intestate on January 15, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Nancy J. Lennon has been duly appointed Personal Representative of the Estate of Norman W. Lennon, and is qualified and is acting as such.

2.   On Motion of Nancy J. Lennon, Plaintiff and surviving spouse of Norman W. Lennon, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said Norman W. Lennon died on January 15, 1999; that the Plaintiff, Nancy J. Lennon and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that Nancy J. Lennon, Personal Representative of the Estate of Norman W. Lennon, be substituted as Plaintiff herein in place of Norman W. Lennon, deceased, without prejudice to

(1)



any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Nancy J. Lennon, Plaintiff and surviving spouse of Norman W. Lennon, be permitted to add her loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE

DATE: __1/14/2002__     Charles R. Weiner

G:\WPFILES\2002DOCS.MAT\DOCMAT.002

(2)